DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Anita L. George, et al., ) | |
| ) | CASE NO. 5:11 CV 979 |
| Plaintiffs, ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| Mark A. Anspach, et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby ORDERED, ADJUDGED and DECREED that defendants motion to dismiss is GRANTED.  Claims 1, 2, 3, 4, 7 and 9 are hereby dismissed with prejudice. Plaintiffs' pendent state claims - 5, 6, 8 and 10 - are hereby dismissed without prejudice.

The Clerk is directed to mail a copy of this Judgment Entry to plaintiffs at their address of record.

IT IS SO ORDERED.

  December 15, 2011              */s/ David D. Dowd, Jr.*
Date                             David D. Dowd, Jr.
                                 U.S. District Judge